# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **CENTUM ELECTRONICS, LTD.** § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | Case No. 4:12cv464 |
| § | |
| **DATAMATIC, LTD.** and § | |
| **DATAMATIC GROUP, INC.** § | |
| § | |
| Defendants. § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On December 21, 2012, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiff Centum Electronic's Ltd.'s Amended Motion for Summary Judgment (Dkt. 14) be GRANTED and final judgment should be entered for Plaintiff as proposed (*see* Dkt. 14-5).

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court. Therefore, Plaintiff Centum Electronic's Ltd.'s Amended Motion for Summary

Judgment (Dkt. 14) is GRANTED and final judgment shall be entered for Plaintiff as proposed (*see* Dkt. 14-5).

**IT IS SO ORDERED.**

**SIGNED this the 6th day of March, 2013.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE